## Commonwealth *v.* Ghilyard, Appellant.

Argued December 7, 1971. *Nathan Berlant*, for appellant; *James T. Ranney*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Good, Appellant.

Submitted December 6, 1971. *Jerome M. Charen, Marilyn J. Gelb*, and *Charen, Palitz and Rosenberg*, for appellant; *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.